# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND AMENDED PLAN

DEBTOR: Margarita Figueredo     JOINT DEBTOR: _____     CASE NO.: 14-15936-LMI
Last Four Digits of SS# 3140     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.     $ 130.40 for months 1 to 36; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3,650 + 775(Motion to Value)=$4,425.00 TOTAL PAID $ 1,500
                    Balance Due $ 2,925.00 payable $ 112.50 /month (Months 1 to 26)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date $ _____
Address: _____          Arrears Payment    $ _____/month (Months ___ to ___)
         _____          Regular Payment    $ _____ month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Account No: xxxx1220 | 3101 NW 6 Street, Miami, FL 33125 $107,974 | 0% | n/a | n/a | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                 Total Due $_____
                        Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 4.86 /month (Months 1 to 26 ) and Pay $ 117.36 /month (Months 27 to 36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditor Bank of America and will continue to paid creditor directly outside the chapter 13 payment plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the
pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor
shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Margarita F_ (signature)
Debtor Date: 4/30/2014

_____
Joint Debtor Date: _____

LF-31 (rev. 01/08/10)