UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Margarita Figueredo                                      Case No: 14-15936-LMI
                                                                Chapter 13

_____Debtors_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on May 13, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Margarita Figueredo
3101 NW 6th Street
Miami, FL 33125

Chase Bank
POB 24696
Columbus, OH 43224


Via Certified Mail:

JP Morgan Chase Bank                           JP Morgan Chase Bank
c/o James L. Dimon, CEO                        c/o James L. Dimon, CEO
9200 Oakdale Avenue                            270 Park Avenue
Chatsworth, CA 91311                           New York, NY 10017

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
                 Robert Sanchez, Esq., FBN#0442161

Case 14-15936-LMI    Doc 24    Filed 05/13/14    Page 3 of 3